UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      Plaintiff,

      -v-                                            13-CV-1008-S

$7,350.00 UNITED STATES CURRENCY,

      Defendant.

_____

**FINAL ORDER OF FORFEITURE**

      Based upon the Settlement and Forfeiture Agreement executed and filed with the Court in the above captioned litigation, and after review and due deliberation, it is hereby

      ORDERED, that $2,000.00 of the defendant currency shall be returned to the claimant pursuant to the terms of *Settlement and Forfeiture Agreement* filed in this case, and that the remaining $5,350.00 United States Currency is now and hereby forfeited to the government pursuant to Title 21, United States Code, Section 881(a)(6) and shall be disposed of by the United States Marshals Service according to the law.

      ORDERED, the Court shall retain jurisdiction to enforce this Order, and to amend it as necessary.

**SO ORDERED**.


DATED:      January 8, 2014.
            Buffalo, NY


<u>s/William M. Skretny</u>
WILLIAM M. SKRETNY
Chief Judge
United States District Court